UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| EDDIE J. GRIFFITH, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | 7:20-CV-76-JMH |
| v. ) | |
| ) | **JUDGMENT** |
| KILOLO KIJAKAZI, ) | |
| ACTING COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

\*\*\*

In accordance with the Court's Order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Commissioner's decision denying Plaintiff's disability claim is **AFFIRMED**;

(2) Judgment is **ENTERED** in favor of Defendant Commissioner;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter is **DISMISSED** and **STRICKEN FROM THE COURT'S ACTIVE DOCKET**; and

(5) This is a **FINAL** and **APPEALABLE JUDGMENT,** and there is no just cause for delay.

This 28th day of July, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge